UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUKE CHARLES GALINIS and
MELYSSA ELLEN WELLS,

        Plaintiffs,

v.                                Case No:   6:23-cv-1020-WWB-LHP

CHRISTOPHER HUMISTON and
LORI O'BRIEN,

        Defendants

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** EMERGENCY MOTION FOR COORDINATION AND CONSOLIDATION OF CASES (Doc. No. 9)
>
> **FILED:** June 8, 2023
>
> **THEREON** it is **ORDERED** that the motion is **DENIED**.

By the above-styled motion, Plaintiffs, appearing *pro se*, ask the Court to consolidate a criminal matter pending in the United States District Court for the

District of Arizona with the present case.  Doc. No. 9.  Upon review, the motion is due to be denied.

First, the motion fails to comply with the Local Rules of this Court, including Local Rules 1.08[1] and 3.01(a).  Second, the motion fails to demonstrate the propriety of the relief sought, specifically that a *criminal* matter pending in *Arizona* could properly be consolidated with this case.  Accordingly, the motion (Doc. No. 9) is **DENIED**.

Plaintiffs are cautioned that "[t]he unwarranted designation of a motion as an emergency can result in a sanction."  Local Rule 3.01(e).

**DONE** and **ORDERED** in Orlando, Florida on June 8, 2023.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] *See also In re: Local Rule Amendments*, No. 6:21-mc-3-Orl-WWB, Doc. No. 1 (M.D. Fla. Jan. 13, 2021), *available at* https://www.flmd.uscourts.gov/standing-order-judge-berger-revised-local-rules.