# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LUKE CHARLES GALINIS and
MELYSSA ELLEN WELLS,

       Plaintiffs,

v.                                                                  Case No:   6:23-cv-1020-WWB-LHP

CHRISTOPHER HUMISTON and
LORI O'BRIEN,

       Defendants

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION TO ALLOW ELECTRONIC FILING BY A PARTY APPEARING WITHOUT AN ATTORNEY AND SUPPORTING INFORMATION (Doc. No. 8)
>
> **FILED:** June 7, 2023
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

By the above-styled motion, Plaintiff Luke Galinis, appearing *pro se*, moves to be permitted access to electronic filing using the Court's CM/ECF system. Doc. No. 8. Upon review, the motion will be denied without prejudice.

First, the motion fails to comply with the Local Rules of this Court, including Local Rules 1.08[1] and 3.01(a). Second, "[w]hile an unrepresented individual may obtain the Court's permission to file his submissions electronically using the CM/ECF system, such authorization is typically denied unless the *pro se* party makes a showing of good cause or extenuating circumstances justifying such relief." *Hooker v. Wilkie*, No. 8:20-cv-1248-T-02CPT, 2020 WL 6947482, at *1 (M.D. Fla. June 4, 2020). Plaintiff makes no such showing here. Doc. No. 8.

**DONE** and **ORDERED** in Orlando, Florida on June 8, 2023.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] *See also In re: Local Rule Amendments*, No. 6:21-mc-3-Orl-WWB, Doc. No. 1 (M.D. Fla. Jan. 13, 2021), *available at* https://www.flmd.uscourts.gov/standing-order-judge-berger-revised-local-rules.