# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

LUKE CHARLES GALINIS and
MELYSSA ELLEN WELLS,

      Plaintiffs,

v.                            Case No:   6:23-cv-1020-WWB-LHP

CHRISTOPHER HUMISTON and
LORI O'BRIEN,

      Defendants

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** MOTION FOR MISCELLANEOUS RELIEF MOTION TO SEAL DOCKET NUMBER 7 (Doc. No. 13)
>
> **FILED:** June 13, 2023
>
> **THEREON** it is **ORDERED** that the motion is **DENIED without prejudice**.

The motion fails to comply with Local Rule 1.11 and Local Rule 3.01(a). In addition, a review of Docket Entry 7 does not readily demonstrate the need to seal the information contained in that document.

Any renewed motion must comply with all applicable Local Rules, Court Orders, and Federal Rules of Civil Procedure. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (a *pro se* litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure."), *cert. denied*, 493 U.S. 863 (1989).

**DONE** and **ORDERED** in Orlando, Florida on June 26, 2023.

*[Signature: Leslie Hoffman Price]*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties